IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RYAN JOHNSON**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 3:14CV00130 BSM**

**RIDGEPOINTE COUNTRY CLUB**                                          **DEFENDANT**

## ORDER

On May 16, 2014, plaintiff Ryan Johnson was granted leave to proceed *in forma pauperis*, assessed an initial partial filing fee of $100, and ordered to pay $20 per month until the statutory and docketing fees were paid in full. *See* Doc. No. 4. He was also directed to pay his initial partial filing fee by June 30, 2014, or risk dismissal without prejudice for failure to comply. Because he has not complied, this case is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 7th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE