IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RYAN JOHNSON**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:14CV00130 BSM**

**RIDGEPOINTE COUNTRY CLUB**                                   **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

DATED this 7th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE